**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**NORTHERN DIVISION**
**at ASHLAND**

**CRIMINAL ACTION NO. 14-20-DLB-EBA-11**

**UNITED STATES OF AMERICA**                                                **PLAINTIFF**

**v.**                                       **ORDER**

**JONATHAN MORGAN**                                                   **DEFENDANT**

                                        **\*\*\*\*   \*\*\*\*   \*\*\*\*   \*\*\*\***

On August 13, 2015, the Court held a telephonic status conference to set a briefing schedule for the United States' Motion for Revocation of Defendant Morgan's Release Order from the Eastern District of New York. (Doc. # 135). Assistant United States Attorneys Laura Voorhees and Wade Napier appeared on behalf of the United States. Attorney Andy Markelonis appeared on behalf of Defendant Jonathan Morgan. The proceedings were recorded by Official Court Reporter Lisa Wiesman. Having heard from counsel, and the Court being otherwise sufficient advised,

**IT IS HEREBY ORDERED** that:

(1) Defendant Morgan shall file a Response to the United States' Motion (Doc. # 135) **not later than Monday, August 17, 2015**.

(2) The United States' Reply shall be due **not later than Tuesday, August 18, 2015**. Upon the filing of the Reply, the Clerk shall submit the United States' Motion to the undersigned's chambers for disposition.

1

(3) Defendant Morgan **shall remain in custody** pending the Court's adjudication of the United States' Motion (Doc. # 135).

This 13th day of August, 2015.



Signed By:
*David L. Bunning*
United States District Judge

TIC: 10 mins.

G:\DATA\ORDERS\Ashland Criminal\2014\14-20-11 mins from 8-13-15 telephonic hearing.wpd